# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MSC MEDITERRANEAN SHIPPING COMPANY S.A.,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>BNSF RAILWAY COMPANY,<br><br>　　　　　Defendant. | CASE NO.: 2:23-cv-09693-JLS-AJR<br><br>**JUDGMENT** |

On May 28, 2024, the Court granted Defendant BNSF Railway Company's motion to dismiss. (Doc. 31.) Accordingly, judgment is entered in favor of Defendant BNSF Railway Company, and this action is DISMISSED WITH PREJUDICE.

DATED: June 7, 2024

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　HON. JOSEPHINE L. STATON
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE